**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

| | |
|---|---|
| **VICKY TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | **1:09-cv-1004** |
| ) | **Judge Quist** |
| v. ) | |
| ) | |
| **CENTRAL CREDIT SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

Hon. Gordon J. Quist
United States District Judge

Dated: _____